UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **THOMAS DWAYNE HARRIS JR #A204-955-697** | **CASE NO. 1:24-CV-00103 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 8th day of April 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE